PER CURIAM. Judgment and order affirmed, with costs. Order filed.

HOUGHTON, J., dissents.

JOHNSON, Respondent, v. BLANEY, Appellant. (Supreme Court, Appellate Division, First Department. May 7, 1909.) Action by John C. R. Johnson against Charles P. Blaney. J. B. Coleman, for appellant. L. H. Levin, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

JONES, Respondent, v. FARMERS' NAT. BANK OF HUDSON et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 5, 1909.) Action by Mabel Jones against the Farmers' National Bank of Hudson and others.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

COCHRANE, J., not sitting.

JORDAN, Respondent, v. KEENAN, Appellant. (Supreme Court, Appellate Division, First Department. April 8, 1909.) Action by Walter C. Jordan against Frank Keenan. J. Fettretch, for appellant. W. D. Leonard, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

JOSEPH, Respondent, v. HERZIG, Appellant. (Supreme Court, Appellate Division, First Department. April 23, 1909.) Action by Jeanette H. Joseph, as executrix, against Simon Herzig, individually, etc. D. Leventritt, for appellant. J. A. Garver, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed. See, also, 115 N. Y. Supp. 330.

KANE, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, First Department. April 8, 1909.) Action by Josephine M. Kane, as administratrix, against the New York Central & Hudson River Railroad Company. F. H. Levy, for appellant. R. A. Kutschbook, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

KAPLAN, Respondent, v. DENIKE et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Samuel Kaplan against Mary T. Denike and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

KEARNEY v. NEW YORK CITY RY. CO. (Supreme Court, Appellate Division, First Department. April 16, 1909.) Action by Nellie Kearney against the New York City Railway Company. No opinion. Motion denied, with $10 costs. Order filed.

KERWIN v. POST et al. (Supreme Court, Appellate Division, First Department. April 16, 1909.) Action by Andrew J. Kerwin, Jr., against Alfred Post and another. No opinion. Motion denied on terms stated in order. Order filed. See, also, 120 App. Div. 179, 104 N. Y. Supp. 1005.

KIELY, Respondent, v. NEW YORK & H. R. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. May 7, 1909.) Action by Daniel F. Kiely against the New York & Harlem Railroad Company and another. A. S. Lyman, for appellants. D. F. Kiely, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed

KING, Respondent, v. WHITRIDGE, Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Carl G. King against Frederick W. Whitridge. No opinion. Judgment and order unanimously affirmed, with costs.

KING, Respondent, v. WILL J. BLOCK AMUSEMENT CO., Appellant. (Supreme Court, Appellate Division, First Department. May 7, 1909.) Action by Alice F. H. King against the Will J. Block Amusement Company. D. Gerber, for appellant. P. N. Turner, for respondent. No opinion. Judgment (115 N. Y. Supp. 243) affirmed, with costs. Order filed.

KIRWAN, Appellant, v. AMERICAN LITHOGRAPHIC CO., Respondent. (Supreme Court, Appellate Division, First Department. May 7, 1909.) Action by Amelia Kirwan, an infant, against the American Lithographic Company. R. B. Meyer, for appellant. F. V. Johnson, for respondent.

PER CURIAM. Judgment affirmed, with costs, on Kirwan v. American Lithographic Co., 124 App. Div. 180, 108 N. Y. Supp. 805. Order filed.

PATTERSON, P. J., and LAUGHLIN, J., dissent, on the dissenting opinion of LAUGHLIN, J., in that case.

KNAPP, Respondent, v. BECK, Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Lucien Knapp against Abraham Beck. No opinion. Order of the Municipal Court affirmed, with costs.

KRAUS v. JOHNSON. (Supreme Court, Appellate Division, First Department. April 16, 1909.) Action by Henry Kraus against Joseph Johnson, Jr. No opinion. Motion granted, with $10 costs. Order filed.

KRONIG, Respondent, v. HARRIS, Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Davis Kronig against Louis I. Harris. No opin-